UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DUSTIN LAMAR SAMUELS, | : | |
| Plaintiff, | : | Civ. No. 15-7362 (RBK) (AMD) |
| v. | : | |
| SGT. WELCH, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiff is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. On February 16, 2016, mail from the Court that was sent to plaintiff's address of record at the Salem County Correctional Facility was returned as undeliverable as plaintiff has been released. As of today's date, plaintiff has not updated the Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Plaintiff shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

Accordingly, IT IS this   24th   day of May, 2016,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge